OPINION — AG — A DETERMINATION AS TO WHETHER OR NOT THE WASHITA RIVER IN GARVIN COUNTY, OKLAHOMA, IS A "NAVIGABLE STREAM" IS A QUESTION OF FACT TO BE JUDICIALLY DETERMINED BY THE COURTS AND OWNERSHIP OF THE WASHITA RIVER BED IS LIKEWISE A QUESTION OF FACT DEPENDING ON THE LOCATION OF THE INDIVIDUAL TRACT OF LAND IN QUESTION AND PREVIOUS INDIAN TREATIES, UNITED STATES GOVERNMENT PATENTS OR ALLOTTMENTS, AND STATE STATUTES WHICH AFFECT THE OWNERSHIP RIGHTS THERETO. (WILLIAM S. FLANAGAN)